United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN GARRISON,
Plaintiff,

v.

EDWIN GARRISON, et al.,
Respondents.

Case No. 26-cv-06795-JSC

**ORDER OF DISMISSAL**

On July 6, 2026, Plaintiff, a county jail inmate proceeding without representation by an attorney, filed this civil action. (ECF No. 1.) On that same day, the Clerk notified Plaintiff he had not paid the filing fee or file an application to proceed in forma pauperis ("IFP"). (ECF No. 2.)[1] Along with the deficiency notice, the Clerk mailed Plaintiff the Court's IFP application, instructions for completing the form, and a stamped return envelope. The deficiency notice informed Plaintiff that if he did not file an IFP application or pay the filing fee within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Plaintiff has not filed an IFP application, paid the filing fee, requested an extension of time, or shown cause why not, this case is DISMISSED without prejudice, and no fee is due.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 24, 2026

Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
United States District Judge

[1] A different deficiency notice (directing Plaintiff to file a form complaint) was returned by the postal service as undeliverable, but the IFP/fee deficiency notice was not.